# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ILIA CHAROV,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL PERRY et al.,<br><br>        Defendants | Case No.: 2:09-cv-02443-GMN-RJJ<br><br>**ORDER** |

This case arises out of the foreclosure of Plaintiff's mortgage. The Clerk recently noticed that Plaintiff refused to file a motion for leave to proceed in forma pauperis or pay the filing fee when filing the Complaint and has yet to file an application or pay the fee. Accordingly, the Court dismisses the Complaint. *See* 28 U.S.C. § 1915(a)(1); L.R. Spec. Proc. App. 1-1.

**CONCLUSION**

IT IS HEREBY ORDERED that the Complaint is DISMISSED.

DATED this 9th day of August, 2010.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE