MARILYN FINE, ESQ.
Nevada Bar No. 005949
mfine@nvbusinesslawyers.com
RACHEL E. DONN, ESQ.
Nevada Bar No. 010568
rdonn@nvbusinesslawyers.com
MEIER & FINE, LLC
2300 West Sahara Avenue, Suite 430
Las Vegas, Nevada 89102
Telephone:   (702) 673-1000
Facsimile:   (702) 673-1001

*Attorneys for Defendant*
*INDYMAC FEDERAL BANK, FSB*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ILIA CHAROV, | Case No.   2:09-CV2443-RCJ-RJJ |
| Plaintiff, | **ORDER EXPUNGING LIS PENDENS** |
| vs. | |
| MICHAEL PERRY, CEO, INDYMAC BANK, F.S.B., DEUTSCHE BANK NATIONAL TRUST COMPANY; ONE WEST BANK FSB; QUALITY LOAN SERVICE, et al; and DOES 1-10, | |
| Defendants. | |

Defendants, Deutsche Bank National Trust Company (hereinafter "Deutsche") and Onewest Bank, FSB (hereinafter "OneWest") filed a Motion for Entry of a Written Order Expunging Lis Pendens on December 15, 2010 (hereinafter the "Motion"). This Motion was supported by a Memorandum of Points and Authorities and all pleadings and papers and documents filed with the Court.

The Court having considered the moving papers, on file and good cause appearing therefore rules as follows:

Pursuant to Local Rule (hereinafter "LR") 7-2(b), any response and/or opposition to Deutsche and OneWest's Motion was required to be filed with the Court and served within fourteen (14) days after service of the Motion. No response and/or opposition has been submitted to the Court within the prescribed time-line. Pursuant to LR 7-2(d), the failure of an

- 1 -

opposing party to file Points and Authorities in response to any Motion shall constitute consent to granting of the motion.

2.      This Court had previously granted Deutsche and OneWest' Motion to Expunge Lis Pendens by a Minute Order dated July 1, 2010.

IT IS THEREFORE ORDERED that Defendant's Motion is granted.

IT IS FURTHER ORDERED that the Lis Pendens recorded against 886 Blue Rosalie Place, Henderson, NV 89052, APN: 177-34-710-043 is hereby expunged.

IT IS FURTHER ORDERED that a copy of this Order may be recorded in the above-referenced chain of title with the Clark County Recorder's office.

DATED this 6th day of January, 2011.

Gloria M. Navarro
United States District Judge

Prepared and submitted by:

MEIER & FINE, LLC

By
MARILYN FINE, ESQ.
Nevada Bar No. 005949
RACHEL E. DONN, ESQ.
Nevada Bar No. 010568
2300 West Sahara Avenue, Suite 430
Las Vegas, Nevada 89102
Attorneys for Defendant
INDYMAC FEDERAL BANK

MEIER & FINE, LLC
2300 West Sahara Avenue, Suite 430
Las Vegas, Nevada 89102
Tel: (702) 673-1000
Fax: (702) 673-1001