1

2

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

4    ILIA CHAROV,                               )

5              Plaintiff,                        )      Case No.: 2:09-cv-02443-GMN-RJJ
                                                 )
6        vs.                                     )
                                                 )      **ORDER**
7    MICHAEL PERRY et al.,                       )
                                                 )
8              Defendants                        )
     _____      )

9        On August 9, 2010, the Court dismissed this action (ECF #41) and on August 10,

10   2010, Judgment was entered by the Clerk (ECF #42).

11       On October 14, 2010, Plaintiff filed a Notice of Judicial Misconduct (ECF #45) in

12   this case against United States District Judge, Gloria M. Navarro, and on October 25,

13   2010, Chief United States District Judge, Roger L. Hunt, filed an Order (ECF #46)

14   dismissing Plaintiff's complaint against Judge Navarro for judicial misconduct.

15       On January 18, 2011, pursuant to a Minute Order filed in this case, a number of

16   motions (ECF #s 49, 50, 58, 59, and 61) were also dismissed as moot because the

17   Complaint was previously dismissed in this case by the Court's Order filed on August 9,

18   2010.

19       On February 14, 2011, Plaintiff again filed three separate documents:  a Notice of

20   Default (ECF #65), a Motion to Quash (ECF #66), and a Motion for Production of

21   Documents, Summary Judgment and Second Request for Sanctions (ECF #67). However,

22   since this action is closed, Plaintiff's Motions are DENIED.  This is Plaintiff's third

23   attempt to file a motion in this closed case. As the Court previously explained, Plaintiff's

24   complaint was dismissed because he failed and refused to file a motion for leave to

25   proceed in forma pauperis or pay the filing fee when filing the complaint.

Further, this Court notes that Plaintiff's request for Chief Judge Hunt to review Judge Navarro's earlier orders cannot be granted, because Chief Judge Hunt--like all other Federal District Court Judges--lacks the authority to review and overturn another Federal District Court Judge's decisions.

**IT IS THEREFORE ORDERED** that Plaintiff's Notice of Default (ECF #65), Motion to Quash (ECF #66), and Motion for Production of Documents, Summary Judgment and Second Request for Sanctions (ECF #67) are hereby **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall not file any further documents in this **closed case**. Any such documents shall be returned, unfiled, to Plaintiff.

DATED this 23rd day of February, 2011.

_____

Gloria M. Navarro
United States District Judge